No. 555. WASHINGTON EX REL. WASHINGTON WATER POWER CO. ET AL. *v.* SUPERIOR COURT OF WASHINGTON FOR CHELAN COUNTY ET AL. Appeal from the Supreme Court of Washington. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Alan G. Paine* and *H. E. T. Herman* for appellants. *David M. Wood* and *Sam R. Sumner* for appellees.

No. 559. STANDARD DREDGING CORP. *v.* LOUISIANA EX REL. FONTENOT, DIRECTOR OF REVENUE. Appeal from the Supreme Court of Louisiana. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Eberhard P. Deutsch* for appellant. *John L. Madden* and *C. Ellis Ott* for appellee.

No. 563. MINNEAPOLIS STREET RAILWAY CO. *v.* MINNEAPOLIS ET AL. Appeal from the Supreme Court of Minnesota. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a final judgment. *Fred A. Ossanna* for appellant. *John F. Bonner* for appellees.